**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MUSCOGEE CREEK INDIAN FREEDMEN BAND, INC., et al., <br><br>            Plaintiffs <br><br>    v. <br><br> ZINKE, et al., <br><br>            Defendants. | Case No.: 18-cv-01705 |

**CERTIFICATE OF CORPRATE DISCLOSURE UNDER LCvR 7.1**

I, the undersigned, attorney of record for the Muscogee Creek Indian Freedmen Band, Inc. ("MCIFB"), certify that to the best of my knowledge and belief, MCIFB is an Oklahoma Corporation with no parent company. No publicly held company owns more than 10% of the stock in MCIFB.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: July 20, 2018                              Attorney of Record for MCIFB

                                         /s/ Nessa H. Coppinger
                                        Nessa H. Coppinger, D.C. Bar No. 477467
                                        BEVERIDGE & DIAMOND P.C.
                                        1350 I St. NW, Suite 700,
                                        Washington, DC 20005
                                        202-789-6000
                                        ncoppinger@bdlaw.com