UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSCOGEE CREEK INDIAN FREEDMEN BAND, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ZINKE, *et al.* <br><br> Defendants. | Case No. 1:18-cv-01705 (CKK) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant James Floyd's Motion to Dismiss Plaintiffs' Amended Complaint and accompanying Memorandum of Law in Support of Motion to Dismiss, any opposition thereto, and any reply in support thereof, it is HEREBY ORDERED that:

1. Defendant James Floyd's Motion to Dismiss is GRANTED; and

2. Plaintiffs' Amended Complaint is hereby dismissed with prejudice.

SO ORDERED.

Dated: _____, 2018

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:  all counsel of record